# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| RAMONA MUHAMMAD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARIA CHAIREZ, *et al.*,<br><br>　　　　　Defendant(s). | 2:13-cv-02032-APG-GWF<br><br>**MINUTE ORDER** |

Before the Court is Defendants' Motion for Exemption from the Early Neutral Evaluation Attendance Requirements to Excuse the Individually-Named Defendants. (#38). Defendants request the Court to excuse Defendants Chairez and Parker from attendance at the ENE session as Defendant CCSD has full authority to settle this matter on behalf of all defendants, including Defendants Chairez and Parker. *Id.*

The Court finds that Defendants have given sufficient reason to excuse Defendants Chairez and Parker from the scheduled ENE.

Accordingly and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion for Exemption from the Early Neutral Evaluation Attendance Requirements to Excuse the Individually-Named Defendants (#38) is GRANTED.

DATED this 19th day of March, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE